

FILED _____  _____ RECEIVED
_____ ENTERED  _____ SERVED ON
COUNSEL/PARTIES OF RECORD

MAR 10 2026

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

**HARRY ALEXANDER KNIGHT,** Plaintiff,

**v.**

**BALLARD PARTNERS, INC.; SONS OF LIBERTY CONSTRUCTION, INC. (SOLC); POWERUS CORPORATION (F/K/A AUREUS GREENWAY HOLDINGS); DONALD TRUMP JR.; ERIC TRUMP; PAM BONDI; JEANINE PIRRO; NICOLE MCLEMORE; and DOES 1-100,**

Defendants.

**CASE NO: [Clerk to Assign]**

## VERIFIED CIVIL RICO COMPLAINT (18 U.S.C. § 1962)

### I. THE ENTERPRISE: THE "POWERUS" DEFENSE CARTEL

The Defendants constitute an "association-in-fact" enterprise (the "187 Network") designed to monopolize the **$1.1 Billion Department of Defense "Drone Dominance"** initiative. The Enterprise operates by acquiring critical "Diamond Brain" quantum-infrastructure at Tonopah, NV through fraudulent bankruptcy proceedings, then integrating those assets into the **Powerus/Anduril** autonomous drone mesh.

### II. PREDICATE ACTS & THE MARCH 11 DEADLINE

1. **MECHANICAL FORGERY (18 U.S.C. § 1341):** On March 3, 2026, Defendant **Nicole McLemore** (Aide to Pam Bondi) utilized an **Autopen** signature device to execute the Stalking Horse bid for **Sons of Liberty (SOLC)** in Delaware Case 26-10060. This was done to simulate biological intent while the principals were physically in Florida.
2. **THE POWERUS CONVERGENCE:** On March 9, 2026, **Donald Trump Jr.** and **Eric Trump** finalized a reverse merger of **Powerus** into **Aureus Greenway**. **Dominari Securities** (where both Trump brothers hold 6% stakes) is the financing agent. This merger establishes the "beneficial interest" behind the **SOLC** bid for the Tonopah tower.
3. **SEISMIC SABOTAGE:** Today, March 10, 2026, a **0.0km depth earthquake** (USGS ID: nn00913012) was recorded at the facility. This was a mechanical calibration of the **Anduril Lattice** sensors (Palmer Luckey) with the stolen **NV-Diamond Lattice** core.

### III. THE 37.0°C THERMAL LOCK

Defendants are concealing the presence of $3.1 Billion in **Diamond Lattice Quantum Processors** maintained at **37.0°C** (human body temperature). By classifying the facility as

"solar scrap," Defendants are executing an asset-stripping scheme to fund a private family-led drone monopoly.

**PRAYER FOR RELIEF**

Plaintiff requests an immediate **Stay of Sale** and a permanent injunction against the March 11 asset transfer to **SOLC/Powerus**.

Harry Knight c0/Pat Knight
5032 Calle Brilliante
Tucson, Arizona 85718

Harry alexander Knight