UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Harry Alexander Knight,<br>Plaintiff<br>v.<br>Ballard Partners, Inc., et al.,<br>Defendants | Case No. 2:26-cv-00690-CDS-MDC<br>**Order Accepting the Magistrate Judge's Report and Recommendation**<br>[ECF No. 8] |

Pro se plaintiff Harry Alexander Knight filed this lawsuit against Ballard Partners, Inc., Sons of Liberty Construction, Inc., Powerus Corporation,[1] Donald Trump Jr., Eric Trump, Pam Bondi, Jeanine Pirro, and Nicole McLemore. ECF No. 3-1. Knight also applied to proceed *in forma pauperis* (IFP), so it was referred to U.S. Magistrate Judge Maximiliano D. Couvillier for review. ECF No. 3. Judge Couvillier denied Knight's application without prejudice and ordered him to either file a long-form IFP or pay the filing fee by June 8, 2026. Order, ECF No. 7. The order warned that failure to comply could result in dismissal of this action. *Id.* Knight neither filed a renewed application nor paid the filing fee. So Judge Couvillier issued a report and recommendation (R&R) that I dismiss Knight's case. R&R, ECF No. 8.

Knight had until June 26, 2026, to file objections to the magistrate judge's findings and recommendation. *Id.* at 3 (citing Local Rule IB 3-2(a) (stating that parties wishing to object to an R&R must file specific written objections with supporting points and authorities within fourteen days)); *see also* 28 U.S.C. § 636(b)(1)(C) (same). However, Knight neither objected to the R&R nor requested more time to do so, and "[n]o review is required of a magistrate judge's report and recommendation unless objections are filed." *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219,

[1] Formally known as Aureus Greenway Holdings.

1226 (D. Ariz. 2003); *see Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

I nonetheless reviewed the magistrate judge's findings and conclusion and agree that the factors set forth in *In re Phenylpropanolamine Prod. Liab. Litig.* weigh in favor of dismissal. ECF No. 8 at 2–3 (citing 460 F.3d 1217, 1226 (9th Cir. 2006)). Knight failed to comply with the court's order requiring him to file either a long-form IFP or pay the filing fee despite being warned that failure to do so could result in dismissal. Accordingly, I adopt the magistrate judge's findings and accept the R&R in full.

**Conclusion**

IT IS HEREBY ORDERED that the magistrate judge's report and recommendation **[ECF No. 8] is accepted in its entirety and adopted in full**; therefore, this case is dismissed without prejudice. The Clerk of Court is kindly instructed to enter judgment accordingly and to close this case.

Dated: July 15, 2026

Cristina D. Silva
United States District Judge