AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Harry Alexander Knight

                        Plaintiff,

    v.

Ballard Partners, Inc. et al

                Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:26-cv-00690-CDS-MDC

___ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

X **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT entered in favor of Defendants Ballard Partners, Inc., Sons of Liberty Construction, Inc., Powerus Corporation, Donald Trump, Jr., Eric Trump, Pam Bondi, Jeanine Pirro, Nicole Mclemore, and against Plaintiff Harry Alexander Knight.

This case is dismissed without prejudice.

07/15/2026
_____
Date

DEBRA K. KEMPI
_____
Clerk

/s/ AMMi
_____
Deputy Clerk